AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta

JAN 16 2007

JAMES N. HATTEN, Clerk
By: SBN   Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GUADALUPE VEGA CISNEROS | **CRIMINAL COMPLAINT**<br>CASE NUMBER: 1:07-MJ-0034 |

ISSUED AND DELIVERED TO U.S. MARSHAL

BY: _____
DEPUTY CLERK

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>December 30, 2006,</u> in <u>Gwinnett</u> County, in the Northern District of Georgia defendant did,

move and travel in interstate commerce between Georgia and Mexico to avoid prosecution for the crime of murder, which is a felony under the laws of the state of Georgia;

in violation of Title <u>18</u> United States Code, Section(s) <u>1073</u>.

I further state that I am a Special Agent with the FBI and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof.    (X) Yes    ( ) No

_____
Signature of Complainant
CHAD FITZGERALD
Federal Bureau of Investigation

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

January 16, 2007 _____ at   Atlanta, GA _____
Date                                                                                  City and State

RUSSELL G. VINEYARD
United States Magistrate Judge                                      _Russell G. Vineyard_
Name and Title of Judicial Officer                                    Signature of Judicial Officer
AUSA Mary C. Roemer

AFFIDAVIT

1. Your affiant, Chad Fitzgerald, is a special agent with the Atlanta office of the Federal Bureau of Investigation.

2. On January 5, 2007, Investigator Mike Oakes, fugitive team, Atlanta Police Department, advised the affiant as follows:

 (a) On December 30, 2006, a bench warrant was issued in Gwinnett County Magistrate Court charging GUADALUPE VEGA CISNEROS, with the crime of MURDER.

 (b) Investigator Oakes received information from CISNEROS's daughter that CISNEROS has fled back to Mexico.

3. Gwinnett County Sheriff's Office will extradite CISNEROS from any jurisdiction in which he is apprehended.

# CRIMINAL ARREST WARRANT

GEORGIA, GWINNETT COUNTY
STATE OF GEORGIA
v.

Guadalupe Vega Cisneros
Sex: Male  DOB: 08/09/1965
Race: H  SSN: Unknown
6502 Hillandale Dr
Norcross GA 30092

WARRANT NO.
06W12975
CASE NO.
06-135768

## AFFIDAVIT

Personally appeared the undersigned prosecutor, Brian S Ray who, on oath, says that, to the best of the prosecutor's knowledge and belief, the above named accused, between 12/30/2006 at 03:00 and 12/30/2006 at 04:00, did commit the offense of Malice Murder in violation of O.C.G.A .16-5-1 , at  6502 hillandale dr, Norcross , Gwinnett County, Georgia, and against Nidia Arias-acuna and the laws of the State of Georgia. The facts this affidavit for arrest is based on are:  **Said accused unlawfully and with malice afrethought casued the death of the victim, a human being, by shooting the victim.** and prosecutor makes this affidavit that a warrant may issue for the accused person's arrest.
Sworn to and subscribed before me this  30 day of December, 2006
at 10:29:08 AM

_____
Judge, Magistrate Court of Gwinnett County

_____
Prosecutor
Badge No..b629  Agency: GCPD

## STATE WARRANT FOR ARREST

To any Sheriff, Deputy Sheriff, Coroner, Constable, Police Officer, Law Enforcement officer or Marshal of this State -- Greetings:

For sufficient cause made known to me in the above affidavit, incorporated by reference herein, and other sworn testimony, you are hereby commanded to arrest the accused  Guadalupe Vega Cisneros  named in the above affidavit, charged by the prosecutor therein with the above offense(s) against the laws of this State at the time, place and manner named in the above affidavit, and bring the accused before me or another judicial officer of this State to be dealt with as the law directs. Herein fail not.

This  30 day of December, 2006 at 10:29:08 AM

_____
Judge, Magistrate Court of Gwinnett County

## ORDER FOR BOND

**IT IS HEREBY ORDERED** that the aforesaid accused, Guadalupe Vega Cisneros, be and is hereby granted bail to be made with sufficient surety as approved by the Sheriff of Gwinnett County in the amount of   $[SPO-17-6-1] to assure the presence of said accused at arraignment, trial and final disposition in the Superior Court of Gwinnett County.

Witness my hand and seal, this  30 day of December, 2006 at 10:29:08 AM

_____
Judge, Magistrate Court of Gwinnett County

| | | |
|---|---|---|
| [Yes] FELONY | [Yes] FAMILY VIOLENCE | PROBATION: No |
| [No] MISDEMEANOR | [] SPECIAL CONDITIONS OF BOND | PAROLE: No |
| [] VOORT | [No] IN CUSTODY | |